# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TORMEY, on behalf of himself, and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a Michigan Corporation; SAFEWAY, INC., a Delaware Corporation and DOES 1 through 100,<br><br>Defendants. | CASE NO. 07cv1587-LA (RBB)<br><br>**ORDER AMENDING ORDER OF REMAND** |

On September 5, 2007, the Court issued an order remanding this case to the California state court from which it was removed. The Court now amends that order to clarify the identities of the parties. The procedural history section of the order, from 1:19 to 2:3, is hereby **AMENDED** to read as follows:

> On June 29, 2007, Plaintiff Tormey filed this putative class action in the Superior Court of California, County of San Diego. Defendants then on August 10, 2007 removed the action to this Court, representing that the provisions of the Removal Statute, 28 U.S.C. § 1446, were met. Defendants contended this Court had federal question jurisdiction because some of Plaintiff's claims were completely preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a) ("Section 301"). Defendants also asked the Court to exercise supplemental jurisdiction over other related state claims.
> Because the Court's jurisdiction was not clear, the Court on August 15, 2007 *sua sponte* issued an order to show cause requiring Defendants to show cause why this action should not be remanded. On August 22, 2007,

1 | Defendants responded and, on August 29, Plaintiff replied to Defendants'
2 | response. Defendants' response identifies federal question jurisdiction, and supplemental jurisdiction, as the sole bases for this Court's exercise of
3 | jurisdiction over this action.

4 | The Court's order remains otherwise unchanged.

5 | **IT IS SO ORDERED**.

6 | DATED: September 14, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge